## UNITED STATES of America, Plaintiff—Appellee,

v.

## Victor Manuel CHAVEZ–QUINTERO, Defendant—Appellant.

No. 02–50194.

D.C. No. CR–01–03459–JMF.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**676**

Before CANBY, O'SCANNLAIN and
T.G. NELSON, Circuit Judges.

MEMORANDUM**

Victor Manuel Chavez–Quintero appeals
his conviction pursuant to a conditional
guilty plea to importing 16.8kg of marijua-
na in violation of 21 U.S.C. §§ 841(a)(1);
960.

Chavez–Quintero's contention that 21
U.S.C. §§ 841 and 960 are facially uncon-
stitutional is foreclosed by *United States v.
Mendoza–Paz,* 286 F.3d 1104, 1109–10 (9th
Cir.2002), and *United States v. Buckland,*
289 F.3d 558 (9th Cir.) (en banc), *cert.
denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152
L.Ed.2d 1067 (2002). His contention that
*Harris v. United States,* 536 U.S. 545, 122
S.Ct. 2406, 153 L.Ed.2d 524 (2002), over-
rules *United States v. Buckland* and *Unit-
ed States v. Mendoza–Paz* is foreclosed by
*United States v. Hernandez,* 314 F.3d 430,
*as amended,* 322 F.3d 592 (9th Cir.2003).

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.
* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).